IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KELLY BASS                                                                                          PLAINTIFF

V.                                    CASE NO. 3:20-CV-167-BD

ANDREW SAUL, Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 6th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE